**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 151.197.183.152
**Total Works Infringed:** 27  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A9D72898F59A38BD6BE680AB25DFBDDC450837AF<br>File Hash: E9822B37E4B39490EEC209FF6DDAFBA77E8776075369F25C361AB8194857EA3E | 07-19-2021 01:50:34 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 2 | Info Hash: 9E17D791B79624A352B52C6FE052FCC50C25046C<br>File Hash: 681DD5C4B0494BFC1CF4B0AE132F0B1361284BBF488A8D49A7029401CD55105E | 07-18-2021 02:32:51 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 3 | Info Hash: 56AA379C5CB38388B9AA1F1B047C28809BD6E124<br>File Hash: 5F30DC3B16A66A31D4B031B781C69C4D5D9F1AFD0674164DD4ED5F10B7428EFB | 07-06-2021 05:14:40 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 4 | Info Hash: 4FF0E1307AB38C36DE38D902950BF0B221CF6336<br>File Hash: EDE77106A4B6BE2E2929DC4486C1AC21FE6E0E33C0184C03A66639966165B44D | 07-04-2021 17:08:17 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 5 | Info Hash: BDD8DFE941553C738B3BB2B933B08A37F415084E<br>File Hash: EA779EC9A0B89E90A68B48717EE67C11B782E39F2A183E8A503BE2AF9F448AD5 | 06-07-2021 03:43:35 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 6 | Info Hash: 2E488D2530B78399628D50E819179A23693E120A<br>File Hash: 7B75D65C107E15B751BDD24B4FC32F760B3E817F58BFB088434E7A96317F91ED | 06-03-2021 02:31:59 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 7 | Info Hash: 9E8676EE5FE16D873CDD5CD56007A94599A196AE<br>File Hash: 092A8CEA6BD5F8F989A63E62F30AF1F354800EC13226546A69B6E0BEDFC2CA08 | 06-02-2021 02:25:56 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 8 | Info Hash: 431A23B6E16E13B9FF0A54F59EFED0980E92ECCD<br>File Hash: 6E8A773C4314F91654571CCB1193F4346ED8F3016CEECB942AF7A61B850CCB30 | 05-15-2021 05:15:03 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 13835534F0E25A22BB5EFAE20476304004ED076A<br>File Hash: 07E7FB0504FBC0F7C2118D41CED7932CF011BE56D58763473B398AEC78EFC1E3 | 04-26-2021 20:16:21 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |
| 10 | Info Hash: 4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash: B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 04-25-2021 04:47:20 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 11 | Info Hash: 99781D1FFCBEDAFE057B94294F3901C4D43B1180<br>File Hash: 0D8379A1577DB14B3D45A8422754230098812E9FD70F71244EB1271B16F7CBB5 | 04-21-2021 07:36:37 | Tushy | 04-04-2021 | 04-14-2021 | PA0002286714 |
| 12 | Info Hash: 7E2A9DD13F5F81891BFBEE9953863C80CB9FEDC1<br>File Hash: 9C7CEC2292FBF89F5B4A7EE246A505C52FBDF8A1256F49ADD893EFB7B9BAA4DC | 04-20-2021 03:34:13 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |
| 13 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash: 641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 04-20-2021 03:33:05 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 14 | Info Hash: 36236DF80E3789C32873A3E74D3DCB69631784C2<br>File Hash: 708063990182E56298A47B688B4698CA2EE25DB127EAC494D09B1B5008E0E7AC | 04-12-2021 19:50:27 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 15 | Info Hash: 4D1E937059E78109E9C929FD10A92D05CBDD6A5B<br>File Hash: 6514396893ACE2CFC3D8ACAE8238657C4D235A9126C2AC62859D6FD95ECC0F59 | 04-12-2021 04:02:28 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 16 | Info Hash: 862D6740A51A9D510E6E46DCE50494D8ED4302EF<br>File Hash: 455DE44BB1CC40BF224675EA49FAB33F5D1193B6C351A4312C7ED0B4494A1A5B | 04-03-2021 18:08:27 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 17 | Info Hash: 43D710EFA4AC1CF5FF6221155D49E5214585A621<br>File Hash: C5499E689F542478B974CB14D08BB8FDD071D73969AAC9140F692F2D58F43AA9 | 03-30-2021 13:31:45 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 5D2BFD8E84BEC03B46E445C517DCD6CB7091A545<br>File Hash: E72A5AD2FA19999DE3594E4E11E69AAE595C3F128A09DA5E97317E75BBA0CA28 | 03-08-2021 06:08:04 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 19 | Info Hash: 5EA1CEDFD4BE9576CDFC7164EC71A2854CBFE95B<br>File Hash: 19B7648336A0AB740B87093BD080CCAEC8B990B2083C3E21389D741846334EA5 | 03-01-2021 05:58:30 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 20 | Info Hash: 97411C3987A905CD4C458D6A88BC8EB53796B51B<br>File Hash: 169C2D70CE4F3BF1320FE3AB4A5BF7A90BF0429D9734BBF6A872DA7BF3CAA5C0 | 02-21-2021 18:13:08 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 21 | Info Hash: 8ACEAF6E063E20FA8AD60011A276B2DBD6C48825<br>File Hash: 2E1AFE54A00CA51231905F46DB377AB5DC9912A59804A27F71D87D48877B6901 | 02-15-2021 23:22:33 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 22 | Info Hash: F230FBE89BB8CC8161107EC854BD090E7BAD54B0<br>File Hash: A04CA873FEF5CED47466FFE59ABE3FCAFC78EDDF4358E13C4E38CBCDF6E23DE9 | 02-15-2021 07:12:09 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 23 | Info Hash: F9429ECA40C5CA6741921EE3490A63C1DCB92CED<br>File Hash: F6495E1085B69EAF1AB4D54066963D3B64639435D63BDAD59D02AD76F1AACBFF | 01-30-2021 06:32:02 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 24 | Info Hash: E713D89DBB841FCA06E2ED2D573238E1605C5258<br>File Hash: 05FE1DF9D606E6B61D5A4AF8A0BB8D7D39D61BAFDCFCE9D66898F73197D0834B | 01-17-2021 23:41:54 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 25 | Info Hash: 1A26A196358C2C12445BC8122570365DEE727A70<br>File Hash: A5E4E4AA26374FE74D4F62B1BBBF99AD26104A1B6A6CEEE59E75309D3022702E | 10-19-2020 02:49:04 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 26 | Info Hash: F963FC66BEC64BF8323AA10A31D829DE757A4211<br>File Hash: B85D0B747CC11085A6E5DD8FAE0DE603975DA7B66892618C8A81B596BB19D3AE | 10-18-2020 01:00:27 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 829EB85C3BB6F11D9B51EC365B40F9D6F12530A5<br>File Hash: 5813DE9CDFDD4AE0B45CAD7706F40394759E40F3F86F826D3A2F694B37AC368E | 07-06-2020 04:06:05 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |